Bar Docket No. 09523
## In the Matter of STUART W. GRIBBLE, *Respondent*.
(36 P.3d 300)

IT IS THEREFORE ORDERED that Stuart W. Gribble be and is hereby disbarred from the practice of law in Kansas and his license and privilege to practice law are hereby revoked.

IT IS FURTHER ORDERED that the Clerk of the Appellate Courts strike the name of Stuart W. Gribble from the roll of attorneys licensed to practice law in Kansas.

IT IS FURTHER ORDERED that this order shall be published in the Kansas Reports, that the costs herein shall be assessed to the respondent, and that the respondent forthwith shall comply with Supreme Court Rule 218 (2001 Kan. Ct. R. Annot. 276).

DATED this 19th day of December, 2001.